IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| **Juan and Delphina Luna,** on behalf of themselves and others similarly situated,<br><br>                                        Plaintiffs;<br><br>v.<br><br>**Adkin's Blue Ribbon Packing Company, Inc.,**<br><br>                                        Defendant. | Case No. 21-CV-00545<br><br>Hon. Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

Teresa Hendricks (P46500)
Benjamin O'Hearn (P79252)
Molly Spaak (P84730)
Migrant Legal Aid
Attorneys for Plaintiffs
1104 Fuller Ave. NE
Grand Rapids, MI 49503-1371
Phone: (616) 454-5055
thendricks@migrantlegalaid.com
bohearn@migrantlegalaid.com
mspaak@migrantlegalaid.com

Brion B. Doyle (P67870)
VARNUM LLP
Attorneys for Defendant
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
bbdoyle@varnumlaw.com

**JOINT MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs, on behalf of themselves and others similarly situated, and Defendant, through their respective counsel, request final approval of their Class Action Settlement. On July 8, 2022, the parties submitted a Joint Motion for Preliminary Approval of Class Action Settlement. On July 26, 2022, this Court issued a written order preliminarily approving of the Settlement. This order set a deadline of September 20, 2022, for Class members to submit a claim, opt out, or file an objection. Call counsel received a total of 107 claim forms on time, and one late claim form that the Court allowed to be treated as timely. No one opted-out of the class, and no one objected

to the settlement.

      For the reasons set forth in the separately filed Memorandum of Law, the parties respectfully request that this court grant final approval of the Settlement.

Date: November 2, 2022　　　　　　　　Respectfully submitted,

/s/Benjamin O'Hearn
Benjamin O'Hearn (P79252)
Migrant Legal Aid
1104 Fuller Ave., NE
Grand Rapids, MI 49503
(616) 454-5055
bohearn@migrantlegalaid.com
Attorneys for Plaintiffs

/s/ Brion B. Doyle
Brion B. Doyle (P67870)
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
bbdoyle@varnumlaw.com
Attorneys for Defendant